FILED

2020 Jun-01  PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDWIN JONES,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:19-cv-01426-RDP** |
| | } | |
| **CITY OF BIRMINGHAM,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

The undersigned hereby **RECUSES** himself from further participation in this case.

**DONE** and **ORDERED** this June 1, 2020.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE