# JURY VERDICT FORM

## Count 1: Retaliatory Hostile Work Environment

**Do you find from the preponderance of the evidence:**

1. That Edwin Jones engaged in a protected activity?    (YES)    NO

2. That the City of Birmingham took an adverse employment action against Jones?    (YES)    NO

3. That the City of Birmingham took that adverse employment action because of Jones's protected activity?    (YES)    NO

*If you circled "Yes" to each question above, answer the questions below about damages. If you circled "No" to any question, skip the questions below, and have the foreperson sign and date the verdict form at the bottom of the page.*

**Damages:**

1. How much should Jones be awarded damages (if any) to compensate for emotional pain and damages?

    Dollar Amount: __$600,000__

SO SAY WE ALL.

DATE: __2/22/2023__          _____
                                                Foreperson's Signature

FILED
FEB 22 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA